M. C. HALE v. THE BOARD OF COUNTY COMMIS-
SIONERS OF GREENWOOD COUNTY.

No. 303.

APPELLATE PRACTICE—*Presumption as to Instructions.* Where
the instructions of the trial court are not contained in the record,
it will be presumed that the jury was properly instructed upon
all matters necessary for their determination.

Error from Greenwood district court; C. W. SHINN,
judge. Opinion filed February 14, 1898. Affirmed.

*Jackson & Wicker*, and *J. B. Clogston*, for plaintiff in
error.

*W. S. Marlin*, for defendant in error.

The opinion of the court was delivered by

SCHOONOVER, J. : The defendant established a pub-
lic road through plaintiff's premises and awarded him
as damages the sum of $125 ; an appeal was taken to
the district court, where the defendant offered in
writing to confess judgment in favor of plaintiff for
$250, which offer the plaintiff refused. The case was
tried to a jury and a verdict returned in favor of the
plaintiff for $240.

The trial court rendered judgment against the de-
fendant for the sum of $240, and all costs made be-
fore the filing of the offer to confess judgment. The
costs made after the filing of the offer were taxed to
plaintiff. A motion for new trial was filed and over-
ruled.

The plaintiff filed a motion to correct the judgment
for " the reason that the judgment of the court should
have been to correct the award made by the county
commissioners, April 13, 1892, and that as the ver-
dict was for more than the original award he should

have received interest from April 13, 1892, until the offer of compromise was made January 11, 1893, and judgment for $250.72; and that the costs adjudged against him should have been adjudged against defendant.''

This motion was overruled and the plaintiff brings the case here for review. The plaintiff contends that the trial court should have added to the verdict $10.72 interest from the date of the award, April 13, 1892, until the offer of compromise was made, January 11, 1893, making the judgment $250.72, instead of $240, as found by the jury and pronounced by the court.

The instructions of the trial court are not contained in the record.

We must presume the jury were properly instructed upon all matters necessary for their determination, which would include the item of interest complained of by plaintiff, and which may have been fully considered by the jury and included in their verdict. No error appearing in the record, the judgment of the district court is affirmed.